**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vitriflex, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4333029** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2350 Zanker Road** **San Jose, CA 95131** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.vitriflex.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 1 of 65

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3261_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 3 of 65

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  8, 2019**
　　　　　　　　MM / DD / YYYY

**X /s/ David Pearce**　　　　　　　　　　　　　　　　　**David Pearce**
Signature of authorized representative of debtor　　　　Printed name

Title   **Chairman and CEO**

**18. Signature of attorney**

**X /s/ Michael W. Malter**　　　　　　　　　Date   **November  8, 2019**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**Michael W. Malter #96533**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone   **(408) 295-1700**　　　　Email address

**#96533 CA**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 8, 2019**     X **/s/ David Pearce**
                                               Signature of individual signing on behalf of debtor

                                               **David Pearce**
                                               Printed name

                                               **Chairman and CEO**
                                               Position or relationship to debtor

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 5 of 65

| Fill in this information to identify the case: |
| --- |

Debtor name    **Vitriflex, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................................................    $ _____0.00_

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................    $ _____615,177.77_

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................................................................    $ _____615,177.77_

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ _____8,574,539.29_

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____129,820.39_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____13,902,824.89_

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b            $    **22,607,184.57**

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $622.22 |
| 2.    **Cash on hand** | $54.08 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Silicon Valley Bank** | checking | | $210.19 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

         **$886.49**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 7 of 65

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory** | | **Unknown** | **Liquidation** | **$317,791.28** |

23. **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.

| $317,791.28 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture** | **$0.00** | | **$2,500.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
        communication systems equipment and software**

| | | | |
|---|---|---|---|
| Reactive Sputtering Controller Software, custom designed | $0.00 | | Unknown |
| Embedded control software for company manufacturing equipment. | $0.00 | | Unknown |
| Computers | $0.00 | | $1,000.00 |
| 2 servers | $0.00 | | $2,000.00 |
| Office equipment including photocopiers, etc. | $0.00 | | $1,000.00 |
| Solid Works, design software | $0.00 | | Unknown |
| Removable clean room | $0.00 | | $25,000.00 |
| Vacuum equipment, power supplies, controllers and chilled water systems. | $0.00 | | $200,000.00 |
| 1 Barrier film tester | $0.00 | | $15,000.00 |
| Confocal microscope | $0.00 | | $40,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                          | $286,500.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.   Forklift | $0.00 | | Unknown |
|---|---|---|---|

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Bulk Station System that includes the following:** **1 each 3,000 Gallon Vertical Bulk Tank (Serial #22170);** **2 each Ambient Air Vaporizers with all equipment (Serial #Thermax SG5-HF#1 and #Thermax SG5-HF#2); this equipment is leased from Praxair.** **1 each DataPort Telemetry Unit and 1 each Liquid fill station.** | Unknown | | Unknown |
|---|---|---|---|
| **2008 refurbished Yale Forklift ERC100, serial no. C839N01503E** | $0.00 | | $5,000.00 |
| **Refurbished 2004 Komatsu forklift model FR185-2A** | $0.00 | Liquidation | $5,000.00 |

| 51.   **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $10,000.00 |
|---|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

55.1. **Debtor holds a leasehold interest in the industrial real property located at 2350 Zanker Road, San Jose, California pursuant to a Triple Net Lease as extended** | **Leasehold interest** | | **$0.00** | | **Unknown**

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark: VitriDot - Barrier film for quantum dot enhancement film.** | **$0.00** | | **Unknown** |
| **Trademark: VitriGlow - Barrier film for OLED displays.** | **$0.00** | | **Unknown** |
| **Trademark: VitriStar - Barrier film for OLED lighting.** | **$0.00** | | **Unknown** |
| **Trademark: VitriLight - Barrier film for hybrid encapsulation.** | **$0.00** | | **Unknown** |
| **Trademark:  VitriSol - Barrier fillm for flexible solar modules.** | **$0.00** | | **Unknown** |
| **Trademark - VitriSol-V - Barrier film for flexible solar modules - 2nd Gen.** | **$0.00** | | **Unknown** |
| **Trademark: VitriSolUV - Barrier film for flexible solar modules - 2nd Gen.** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | | |
|---|---|---|
| **Trademark: VitriShild - Front-sheet for flexible solar modules.** | $0.00 | Unknown |
| **Trademark: VitriPrime - Thin-film (barrier or not barrier) for customer deposition.** | $0.00 | Unknown |
| **Trademark format: VitriDot - standard.** | $0.00 | Unknown |
| **Trademark format: Vitri-Dot - Hypenated.** | $0.00 | Unknown |
| **Trademark format:  VitriDotNNN - where NNN constitue up to 3 integer numbers representing the nominal substrate thickness in microns.** | $0.00 | Unknown |
| **Trademark format:  VitriDot100 - example of aboev with substrate thickness of 100 microns.** | $0.00 | Unknown |
| **Trademark format:  VitriDot 75 - example of above with substrate thickness of 75 microns.** | $0.00 | Unknown |
| **Trademark format:  VITRIDOT - all capital letters.** | $0.00 | Unknown |
| **Trademark format:  VitriSol50UV - example of solar barrier 50 um PET with UV stability - 2nd Gen.** | $0.00 | Unknown |
| **Patents - See attached list.** | $0.00 | Unknown |
| **Patent  issued:  VFLEXP001JP, Patent No. 6096126, filed January 27, 2012.** | $0.00 | Unknown |
| **Patent  issued:  VFLEXP001RU, Patent No. 2605560, filed January 27, 2012.** | Unknown | Unknown |
| **Patent  issued:  VFLEXP001AU, Patent No. 2012211217, filed January 27, 2012.** | Unknown | Unknown |
| **Patent  issued:  VFLEXP001KR, Patent No. 10-1909310, filed January 27, 2012.** | Unknown | Unknown |
| **Patent  issued:  VFLEXP001CN, Patent No. 103328205, filed January 27, 2012.** | Unknown | Unknown |
| **Patent pending: VFLEXP001EP, Patent No. 12739625.7, filed January 27, 2012.** | Unknown | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | | |
|---|---|---|
| Patent pending: VFLEXP001US, Patent No. 13/981,317, filed November 13, 2013. | Unknown | Unknown |
| Patent pending: VFLEXP001CND1, Patent number: 201710090395.2, filed January 27, 2012 | Unknown | Unknown |
| Patent pending: VFLEXP001MY; patent number: PI2013002783, filed January 27, 2012 | Unknown | Unknown |
| Patent pending: VFLEXP001VN, Patent No. 1-2013-02545, filed January 27, 2012. | Unknown | Unknown |
| Patent issued: VFLEXP004US, Patent No. 9,752,053, filed February 27, 2015. | Unknown | Unknown |
| Patent issued: VFLEXP004AU, Patent No. 2013308480, filed January 27, 2012. | Unknown | Unknown |
| Patent issued: VFLEXP004RU, Patent No. 2636075, filed August 30, 2013. | Unknown | Unknown |
| Patent issued: VFLEXP004EP, Patent No. 2890918, filed August 30, 2013. | Unknown | Unknown |
| Patent pending: VFLEXP004CND1; patent number: 201610130502.5, filed March 8, 2016 | Unknown | Unknown |
| Patent pending: VFLEXP004JP; patent number: 2015-530119, filed August 30, 2013. | Unknown | Unknown |
| Patent pending VFLEXP004CN; patent number: 201380044869.X, filed August 30, 2013. | Unknown | Unknown |
| Patent pending: VFLEXP004BR; patent number: 112015004338-0, filed August 30, 2013. | Unknown | Unknown |
| Patent pending: VFLEXP004VN; patent number: 1-2015-00681, filed August 30, 2013 | Unknown | Unknown |
| Patent pending: VFLEXP007US; patent number: US-2019-0084282-A1, filed September 6, 2018 | Unknown | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Patent pending: VFLEXP007WO; patent number: WO2017155902(A1), filed March 7, 2017. | Unknown | | Unknown |
|---|---|---|---|

| 61. | **Internet domain names and websites** www.vitriflex.com | **$0.00** | | **Unknown** |
|---|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** |
|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

**Current value of debtor's interest**

| 71. | **Notes receivable** Description (include name of obligor) |
|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Pending invention - Novel Transparent Top Sheets for improved efficiency of solar cells.**                    **Unknown**

**Pending invention - Method of encapsulation of film matrix containing quantum dots.**                    **Unknown**

78.  **Total of Part 11.**                    | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 15 of 65

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $886.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $317,791.28 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $286,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $615,177.77 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $615,177.77 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Vitriflex, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **DNX, aka Draper Nexus Techology** Creditor's Name **Partners and Draper Nexus Partners, LLC Attn: Quaeed Motiwala 55 East 3rd Avenue San Mateo, CA 94401** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **Lien on all assets of the Debtor** | **$3,592,403.85** | **Unknown** |
|---|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**UCC-1 filing**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Henkel Electronic Materials, LLC** Creditor's Name **as Collateral Agent 14000 Jamboree Road Irvine, CA 92606** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **Lien on all assets of the Debtor** | **$4,207,878.94** | **Unknown** |
|---|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**
**9/7/16**
**Last 4 digits of account number**

**Describe the lien**
**UCC-1 filing**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Pearce Trust & Pearce Family Partnership** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Pearce Trust & Pearce Family Partnership**

Creditor's Name

**c/o David R. Parker, Trustee**
**1355 Abott Avenue**
**Campbell, CA 95008**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**All assets of the Debtor**                    $774,256.50          $0.00

Describe the lien

**UCC-1 filing**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**2016, 2017, 2018 and 2019**

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,574,539.29 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Henkel Chemical Management LLC as Collateral Agent HenkelstraBe 67, 40589 Dusseldorf GERMANY** | Line _2.2_ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 18 of 65

Debtor name **Vitriflex, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Dept. of Tax and Fee Admin.**<br>**Account Information Group, MIC:29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,119.68 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**\*\*Duplicate**<br><br>**Quarterly sales tax installments arrears on consumables, office supplies and engineering equipment.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Ching-lin Chang**<br>**42280 Vargas Road**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**PTO owed and unpaid wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
27694
Best Case Bankruptcy

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 19 of 65

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,245.17 | $38,245.17 |
| | **County Government Center, East Wing** | Check all that apply. | | |
| | **County of Santa ClaraTax Collector's off** | ☐ Contingent | | |
| | **70 West Hedding Street** | ☐ Unliquidated | | |
| | **San Jose, CA 95110-1767** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unsecured property taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
| | **David Pearce** | Check all that apply. | | |
| | **3501 Charlotte Rose Drive** | ☐ Contingent | | |
| | **Austin, TX 78704** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **PTO owed and unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
| | **Eric Ha** | Check all that apply. | | |
| | **2128 Commodore Drive** | ☐ Contingent | | |
| | **San Jose, CA 95133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **PTO owed and unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
| | **Honorato Salanga** | Check all that apply. | | |
| | **679 North White Rd** | ☐ Contingent | | |
| | **San Jose, CA 95127** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **PTO owed and unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 20 of 65

| 2.7 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,285.86** | **$7,285.86** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**October 2019** | Basis for the claim:<br>**FICA taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**James Swertel**<br>**401 Sinclair Ave**<br>**Santa Cruz, CA 95062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**PTO owed and unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Jason Bloking**<br>**750 N. Shoreline Blvd Apt 14**<br>**Mountain View, CA 94043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**PTO owed and unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Jenny Tran**<br>**3568 Monroe Street**<br>**Santa Clara, CA 95051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**PTO owed and unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.00** | **$50.00** |
|------|----------------------------------------------|-----------------------------------------------|------------|------------|

**Jim Swertel**
**2350 Zanker Road**
**San Jose, CA 95131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Joel Espino**
**545 Stonewood Dr**
**Los Banos, CA 93635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Laizhong Luo**
**17070 Bohlman Rd**
**Saratoga, CA 95070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Mark George**
**16036 South 7th Drive**
**Phoenix, AZ 85045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 22 of 65

Name

| | | | | |
|---|---|---|---|---|
| **2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Martin Rosenblum**
**755 Nash Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| **2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Prince Tabilangan**
**2430 Lagoon Way**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| **2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,119.68** | **$38,245.17** |

**Santa Clara County Dept Tax & Collection**
**70 West Hedding St.**
**East Wing, 6th Floor**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**7/1/2019**

Basis for the claim:
**Unsecured Personal Property Taxes and Penalty**

Last 4 digits of account number **3821**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| **2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**State of Delaware**
**Division of Revenue**
**820 N. French Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Annual tax fee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 23 of 65

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wan Ming Yeung**
**30272 Willowbrook Rd**
**Hayward, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wen Y Fan**
**46905 Lundy Terrace**
**Fremont, CA 94539**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO owed and unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.26** |
|---|---|---|---|

**Airgas USA, LLC**
**P. O. Box 7423**
**Pasadena, CA 91109-7423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cryospec, Inc.**
**41446 Christy Street**
**Fremont, CA 94538**

Date(s) debt was incurred  **7/1/14**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bulk Station System**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.28** |
|---|---|---|---|

**D & D Compressor, Inc.**
**347 Commercial Street**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 24 of 65

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **D&S Pearce Family Partnership** | ■ Contingent | |
| | **c/o David Barry Pearce** | | |
| | **3501 Charlotte Rose Drive** | ■ Unliquidated | |
| | **Austin, TX 78704** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Third Amended and Restated Voting Agreement</u> <u>dated</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **D&S Pearce Family Partnership and** | ☐ Contingent | |
| | **Pearce Family Trust dated 12/30/99** | ☐ Unliquidated | |
| | **c/o 3501 Charlotte Rose Drive** | ☐ Disputed | |
| | **Austin, TX 78704** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Holder of Series A stock</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **David & Naomi Living Revocable Trust** | ☐ Contingent | |
| | **c/o David R. Parker, Trustee** | ☐ Unliquidated | |
| | **1355 Abott Avenue** | ☐ Disputed | |
| | **Campbell, CA 95008** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Holder of Series A and common stock</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **David B. Pearce** | ☐ Contingent | |
| | **3501 Charlotte Rose Drive** | ☐ Unliquidated | |
| | **Austin, TX 78704** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Expenses</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **David Priesche** | ☐ Contingent | |
| | **5700 TExas Trail** | ☐ Unliquidated | |
| | **Colleyville, TX 76034** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Holder of common stock</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Dennis Ray Hollars and Jeryln Virginia** | ☐ Contingent | |
| | **Hollars Joint Living Trust** | ☐ Unliquidated | |
| | **1362 Emily Drive** | ☐ Disputed | |
| | **Chino Valley, AZ 86323** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Holder of Series A and common stock</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **DNX, aka Draper Nexus Partners, LLC.** | ☐ Contingent | |
| | **Attn: Quaeed Motiwala** | ☐ Unliquidated | |
| | **55 East 3rd Avenue** | ☐ Disputed | |
| | **San Mateo, CA 94401** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Holder of Series A, B and C stock</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 25 of 65

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Draper Nexus Technology Partners, LP**
**Attn: Quaeed Motiwala**
**55 East 3rd Avenue**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Holder of Series A, B and C stock**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,767.60** |
|---|---|---|---|

**EcoTech Law Group, PC**
**The Hearst Building Five 3rd Street**
**Suite 700**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,618.10** |
|---|---|---|---|

**Employers Assurance Co.**
**P. O. Box 53092**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$596.00** |
|---|---|---|---|

**Ewald Associates, Inc.**
**48531 Warm Springs Blvd. #415**
**Fremont, CA 94539-7793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$542.54** |
|---|---|---|---|

**Fedex**
**P. O. Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,719.00** |
|---|---|---|---|

**Gael Knight**
**3150 Almaden Expwy, Ste 103**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gang Grant Peng**
**1960 Castillejo Way**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Holder of common stock**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,725,000.00 |
|---|---|---|---|

**Hanjing Ultra Material (Henan)
Co., Ltd.
c/o James Cai, Esq.
1754 Technology Drive, Ste. 122
San Jose, CA 95110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unliquidated contingent action filed by Hanjing Ultra Material against Debtor.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Henkel Electronic**

**14000 Jamboree Road
Irvine, CA 92606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Joint Development Agreement dated March 21, 2014.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Henkel Electronic**

**14000 Jamboree Road
Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Holder of Seris B-1 and C stock

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $300.00 |
|---|---|---|---|

**Intellivation Engineered Solutions, LLC
1230 Blue Spruce Dr. #3
Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Jaideep Khanna
263 Tresser Blvd., 16th Fl.
Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Creditor recorded a UCC-1 fiing, was paid in full but Creditor failed to file a termination of his UCC-1.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,574.95 |
|---|---|---|---|

**Johnson COntrols Security Solutions
PO Box 371967
Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,128.04 |
|---|---|---|---|

**Kimoto Tech, Inc.
601 Canal Street
Cedartown, GA 30125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 27 of 65

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,814.81 |
|---|---|---|---|

**Kishiyama Consulting**
**P. O. Box 1951**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **IT services for servers or desktop software**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kuraray Co., Ltd.**
**Attn: Yukiatsu Komiya**
**1-1-3, Otemachi, Chiyoda-ku**
**Tokyo, 100-8115**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Holder of common stock**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.89 |
|---|---|---|---|

**McMaster Carr**
**P. O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mocon, Inc.**
**P. O. Box 1450-NW 8244**
**Minneapolis, MN 55485-8244**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Deficiency balance on returned equipment**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,345.52 |
|---|---|---|---|

**Moreno & Associates Incorporated**
**1260 Birchwood Drive**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Janitorial services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nagase America Corporation**
**2880 Lakeside Drive Suite 320**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,721.00 |
|---|---|---|---|

**NRD, LLC**
**Alt Boulevard**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 28 of 65

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Oasis** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: __Software engineering services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,979.60 |
|---|---|---|---|
| | **Oz Optics** | ☐ Contingent | |
| | **PO Box 66512** | ☐ Unliquidated | |
| | **AMF O'Hare** | ☐ Disputed | |
| | **Chicago, IL 60660** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Pearce Family Trust dated 12/30/1999** | ☐ Contingent | |
| | **c/o David Pearce, Trustee** | ☐ Unliquidated | |
| | **3501 Charlotte Rose Drive** | ☐ Disputed | |
| | **Austin, TX 78704** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Holder of Series A stock__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,605.00 |
|---|---|---|---|
| | **Persys Engineering, Inc.** | ☐ Contingent | |
| | **815 Swift Street** | ☐ Unliquidated | |
| | **Santa Cruz, CA 95060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,460.15 |
|---|---|---|---|
| | **Pfeiffer Vacuum, Inc.** | ☐ Contingent | |
| | **P. O. Box 414278** | ☐ Unliquidated | |
| | **Boston, MA 02241-4278** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.08 |
|---|---|---|---|
| | **PG&E** | ☐ Contingent | |
| | **Box 997300** | ☐ Unliquidated | |
| | **Sacramento, CA 95899-7300** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,461.56 |
|---|---|---|---|
| | **PG&E - VF Suite 20** | ☐ Contingent | |
| | **P. O. Box 997300** | ☐ Unliquidated | |
| | **Sacramento, CA 95899-7300** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 29 of 65

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,378.04** |
|---|---|---|---|

**Praxair Distribution Nitrogen Bulk Gas**
DEPT LA 21511
Pasadena, CA 91185-1511

Date(s) debt was incurred **March 10, 2014**

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Provides industrial gases and lease of a nitrogen tank**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Praxair Distribution, Inc.**
41446 Christy Street
Fremont, CA 94538

Date(s) debt was incurred **7/1/14**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Bulk Station System - a UCC-1 document was recorded but expired on 7/1/19.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,124.02** |
|---|---|---|---|

**Praxair Distribution, Inc.**
DEPT LA 21511
Pasadena, CA 91185-4499

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,506.25** |
|---|---|---|---|

**Ravix Group**
226 Airport Parkway, STe. 400
San Jose, CA 95110

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Financial Management Services Proposal dated October 17, 2013.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204.39** |
|---|---|---|---|

**Republic Services**
PO Box 78829
Phoenix, AZ 85062

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sabic Ventures**
One Plastics Avenue
Pittsfield, MA 01201

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Third Amended and Restated Voting Agreement dated March 27, 2015.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,522.15** |
|---|---|---|---|

**San Jose Water**
110 W. Taylor Street
San Jose, CA 95110-2131

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 30 of 65

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.80 |
|---|---|---|---|

**San Jose Water - Fire**
110 W. Taylor St.
San Jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.64 |
|---|---|---|---|

**Staples Advantage**
P. O. Box 660409
Dallas, TX 75266-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.06 |
|---|---|---|---|

**TechAir**
P. O. Box 69099
Baltimore, MD 21264-9099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,005.00 |
|---|---|---|---|

**Teknek (China) Limited**
Flat E, 4th Floor Windfield Industrial
Building 3 Kin Kwan St
Tuen Mun, N.T. Hong Kong, China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Telepacific**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Phone and internet services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,723.22 |
|---|---|---|---|

**The Metal Man**
1552 S. Euclid Avenue
Tucson, AZ 85713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TirNet HR Corporation**
75 East Santa Clara St.
San Jose, CA 95113

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Payroll and employee benefit services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 31 of 65

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,533.76 |
|---|---|---|---|

**TPX Communications**
P. O. Box 509013
San Diego, CA 92150-9013

Date(s) debt was incurred   **4/5/18**

Last 4 digits of account number   **3180**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Telecommunications services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,261.92 |
|---|---|---|---|

**Transpak, Inc.**
520 N. Marburg Way
San Jose, CA 95133

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.20 |
|---|---|---|---|

**Tredegar Film Products**
1100 Boulders Parkway, Ste 200
Richmond, VA 23225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TSI**
Flat E, 7/F, Mongkok Blvd., 546
Nathan Road
Kowloon
HONG KONG

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyco Integrated Security**
10405 Crosspoint Blvd.
Indianapolis, IN 46256

Date(s) debt was incurred   **4/18/14**

Last 4 digits of account number   **8471**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Security services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,580.53 |
|---|---|---|---|

**UPS Suply Chain Solutions, Inc.**
28013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,973.53 |
|---|---|---|---|

**Zanker Development**
2350 Zanker Road
San Jose, CA 95131

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Lease of commercial space loated at 2350 Zanker Road, San Jose, CA.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 32 of 65

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Henkel Electronic Materials LLC as Collateral Agent HenkelstraBe 67, 40589 Dusseldorf GERMANY** | Line **3.19**<br>☐ Not listed. Explain \_\_\_\_ | \_ |
| 4.2 | **Johnson Controls Security Solutions P. O. Box 371967 Pittsburgh, PA 15250-7967** | Line **3.57**<br>☐ Not listed. Explain \_\_\_\_ | **8471** |
| 4.3 | **Zanker Development 625 Ellis Street Ste. 101 Mountain View, CA 94043** | Line **3.59**<br>☐ Not listed. Explain \_\_\_\_ | \_ |

<div style="background:black;color:white">Part 4:</div>  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 129,820.39 |
| 5b. Total claims from Part 2 | 5b. + $ | 13,902,824.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 14,032,645.28 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor name   **Vitriflex, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement allowing Debtor a sales tax excemption of the purchase of manufacturing assets.** | **California Alternative Energy and Advance Transportation Financing Auth. Attn: Deanna Carrillo, Exec. Director P. O. Box 942809 Sacramento, CA 94209-0001** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **D&S Pearce Family Partnership c/o David Barry Pearce 3501 Charlotte Rose Drive Austin, TX 78704** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **David & Naomi Living Revocable Trust c/o David R. Parker, Trustee 1355 Abott Avenue Campbell, CA 95008** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **David & Naomi Living Revocable Trust c/o David R. Parker, Trustee 1355 Abott Avenue Campbell, CA 95008** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 19-52276   Doc# 1   Filed: 11/08/19   Entered: 11/08/19 13:41:57   Page 34 of 65

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **Dennis Ray Hollars and Jeryln Virginia Hollars Joint Living Trust<br>1362 Emily Drive<br>Chino Valley, AZ 86323** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **DNX, aka Draper Nexus Partners, LLC<br>Attn: Quaeed Motiwala<br>55 East 3rd Avenue<br>San Mateo, CA 94401** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **Draper Nexus Technology Partners, LP<br>Attn: Quaeed Motiwala<br>55 East 3rd Avenue<br>San Mateo, CA 94401** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **Henkel Electronic Materialsss LLC<br>as Collateral Agent<br>14000 Jamboree Road<br>Irvine, CA 92606** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | **Kuraray Co. Ltd.<br>Attn: Yukiatsu Komiya<br>1-1-3, Otemachi, Chiyoda-ku<br>Tokyo, 100-8115<br>JAPAN** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Janitorial services.** | **Moreno Janitorial<br>1260 Birchwood Drive<br>Sunnyvale, CA 94089** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 35 of 65

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Product Agreement whereby the Debtor will purchase liquid and gaseous products as well as all bulk equipment for the storage, control and vaporisation of such products.** | |
| | State the term remaining | **5/10/19** | |
| | List the contract number of any government contract | | **Praxair Distribution, Inc.**<br>**41446 Christy Street**<br>**Fremont, CA 94538** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Management Services proposal dated October 17, 2013.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ravix Group**<br>**226 Airport Parkway, Ste. 400**<br>**San Jose, CA 95110** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amended and Restated Voting Agreement dated March 27, 2015.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sabic Ventures B.V.**<br>**One Plastics Avenue**<br>**Pittsfield, MA 01201** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Provides phone and internet services to the Debtor.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Telepacific** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Service Agreement dated July 23, 2012 for payroll and employee benefit services.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **TirNet HR Corporation**<br>**75 East Santa Clara St.**<br>**San Jose, CA 95113** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 36 of 65

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Telecommunications and service agreement.**

**TPX Communications
515 S. Flower St., 45th Fl.
Los Angeles, CA 90071**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Alarm monitoring and notification services.**

**Tyco Integrated Security
10405 Crosspoint Blvd.
Indianapolis, IN 46256**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Lease of commercial space loctated at 2350 Zanker Road, San Jose, CA.
11-30-2023**

**Zanker Development
2350 Zanker Road
San Jose, CA 95131**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 37 of 65

**Fill in this information to identify the case:**

Debtor name    **Vitriflex, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State     Zip Code | | |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State     Zip Code | | |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State     Zip Code | | |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State     Zip Code | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 38 of 65

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 39 of 65

**Fill in this information to identify the case:**

Debtor name    **Vitriflex, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$175,448.49** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$478,251.52** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$269,403.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   |  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Deposits from customers** | **$28,185.82** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leroy Laizhong Luo**<br>**17070 Bohlman Road**<br>**Saratoga, CA 95070**<br>**Former Director** | **See attached list** | **$0.00** | **Salary and reimbursement** |
| 4.2. **David Barry Pearce**<br>**3501 Chrlotte Rose Drive**<br>**Austin, TX 78704**<br>**Chairman and CEO** | **See attached list** | **$0.00** | **Salary and reimbursement of expenses.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Mocon, Inc.**<br>**P. O. Box 1450-NW 8244**<br>**Minneapolis, MN 55485-8244** | **1 Mocon tester** | **10/31/19** | **$50,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Hanjing Ultra Material (Henan) Co., Ltd., a Chinese Company v. Vitriflex, et al.,**<br>**19CV354793** | **Complaint for Breach of Contract** | **Superior Court**<br>**County of Santa Clara**<br>**191 N. First St.**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br><br><br><br><br><br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Pre-petition fess and costs total the sum of $58,088.38.  Debtor paid to Binder & Malter on 9/3/19 the sum of $25,000 for nalaysis and creditor negotiations.  On 11/7/19 Henkel Electronic Materails, LLC paid to Binder & Malter the sum of $16,500 and the Debtor paid the sum of $3,500.  Binder & Malter charged the Debtor $10,000 for this Chapter 7 and wrote off pre-petition fees and costs in the total sum of $23,423.38. | 9/3/19 - $25,000<br>11/7/19 - $20,000 | $45,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**Henkel Electronic Materials, LLC and David & Naomi Living Recovable Trust; and Debtor** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 41 of 65

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Vitriflex, Inc. 401K Plan** | EIN:  **94-1737782** |

Has the plan been terminated?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Silicon Valley Bank** **San Jose, CA** | XXXX- | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☒ Other **Collateral account securing the Debtor's credit card.** | **11/4/19 the account was closed.** | $7,500.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 43 of 65

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Vitriflex, Inc.<br>2350 Zanker Road<br>San Jose, CA 95131 | Flexible barrier films for encapsulating electronic materials such as solar panels and electronic displays. | EIN:   27-4333029<br><br>From-To   1/28/11 to present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Ravix Group, Inc.<br>226 Airport Pkwy. #400<br>San Jose, CA 95110 | Last 2 years |
| 26a.2.   Gael D. Knight, CPA<br>The Gael Knight Company<br>3150 Almaden Expy, Suite 103<br>San Jose, CA 95118 | Past 2 years. |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 19-52276     Doc# 1     Filed: 11/08/19     Entered: 11/08/19 13:41:57     Page 44 of 65

| Name and address | Date of service From-To |
|---|---|
| 26b.1.　Ravix Group, Inc.<br>　　　　226 Airport Pkwy Ste. 400<br>　　　　San Jose, CA 95110 | **Last 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.　Ravix Group, Inc.<br>　　　　226 Airport Pkwy, Ste. 400<br>　　　　San Jose, CA 95110 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Henkel Chemical Management, LLC** | **as Collateral Agent**<br>**14000 Jamboree Road**<br>**Irvine, CA 92606** | **Holder of Series B-1 and C stock** | **45.08%** |
| **Hanjing Ultra Merial (Henan) Co., LTd.** | **c/o James Cai, Esq.**<br>**1754 Technology Drive Ste. 122**<br>**San Jose, CA 95110** | **Holder of common stock** | **27.36%** |
| **Draper Nexus Technology Partners, LP** | **Attn: Quaeed Motiwala**<br>**55 East 3rd Avenue**<br>**San Mateo, CA 94401** | **Holder of Series A, B and C stock** | **10.61%** |
| **Pearce Family Trust dated 12/30/1999** | **c/o David Pearce, Trustee**<br>**3501 Charlotte Rose Drive**<br>**Austin, TX 78704** | **Holder of Series A stock** | **5.48%** |
| **D&S Pearce Family Partnership** | **c/o 3501 Charlotte Rose Drive**<br>**Austin, TX 78704** | **Holder of Series A stock** | **.94%** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Case: 19-52276　Doc# 1　Filed: 11/08/19　Entered: 11/08/19 13:41:57　Page 45 of 65

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Savic Ventures B.V. | | Holder of common stock | 2.84% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Kuraray Co., Ltd. | Attn: Yukiatsu Komiya 1-1-3, Otemachi, Chiyoda-ku Tokyo, 100-8115 JAPAN | Holder of common stock | 2.44% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| David & Naomi Living Revocable Trust | c/o David R. Parker, Trustee 1355 Abott Avenue Campbell, CA 95008 | Holder of Series A and common stock | 2.11% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Draper Nexus Partners, LLC | Attn: Quaeed Motiwala 55 East 3rd Avenue San Mateo, CA 94401 | Holder of Series A, B and C stock | 2.02% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Dennis Ray Hollars and Jerlyn Virginia | Hollars Joint Living Trust 1362 Emily Drive Chino Valley, AZ 86323 | Holder of Series A and common stock | 1.05% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| David Priesche | 5700 Texas Trail Colleyville, TX 76034 | Holder of common stock | 0.05% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Gang Grant Peng | 1960 Castillejo Way Fremont, CA 94539 | Holder of common stock | 0.02% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Leroy Laizhong Lou | 17070 Bohlman Road Saratoga, CA 95070 | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Case: 19-52276    Doc# 1    Filed: 11/08/19    Entered: 11/08/19 13:41:57    Page 46 of 65

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Barry Pearce**<br>**3501 Charlotte Rose Drive**<br>**Austin, TX 78704** | **See attached list** | **See attached list** | **Salary and reimbursement** |
| | **Relationship to debtor**<br>**Chairman and CEO** | | | |
| 30.2. | **Leroy Laizhong Luo**<br>**17070 Bohlman Road**<br>**Saratoga, CA 95070** | **See attached list** | **See attached list** | **Salary and reimbursement** |
| | **Relationship to debtor**<br>**Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  8, 2019**

**/s/ David Pearce**                                                    **David Pearce**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor     **Chairman and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# Vitriflex Payments to Officers November 2018-November 2019

(Note: Gross payroll before deductions and taxes)

**David Barry Pearce**

3501 Charlotte Rose Drive
Austin, TX 78704

| Expense Reports: | | | Payroll: | | |
|---|---|---|---|---|---|
| 11/26/2018 | $ | 4,946.99 | 11/9/2018 | $ | 9,615.38 |
| 12/16/2018 | $ | 3,412.56 | 11/21/2018 | $ | 9,615.38 |
| 1/24/2019 | $ | 5,642.51 | 12/7/2018 | $ | 9,615.38 |
| 2/14/2019 | $ | 3,987.81 | 12/21/2018 | $ | 9,615.38 |
| 3/18/2019 | $ | 4,386.25 | 1/4/2019 | $ | 9,615.38 |
| 4/16/2019 | $ | 6,035.75 | 1/18/2019 | $ | 9,615.38 |
| 5/16/2019 | $ | 3,998.64 | 2/1/2019 | $ | 9,615.38 |
| 6/18/2019 | $ | 4,661.31 | 2/15/2019 | $ | 9,615.38 |
| 7/16/2019 | $ | 2,953.73 | 3/1/2019 | $ | 9,615.38 |
| 7/31/2019 | $ | 17,470.45 | 3/15/2019 | $ | 9,615.38 |
| 8/15/2019 | $ | 4,886.48 | 3/29/2019 | $ | 9,615.38 |
| 9/17/2019 | $ | 5,248.78 | 4/12/2019 | $ | 9,615.38 |
| 10/15/2019 | $ | 5,219.45 | 4/26/2019 | $ | 9,615.38 |
| 10/23/2019 | $ | 1,944.27 | 5/10/2019 | $ | 9,615.38 |
| | $ | 74,794.98 | 5/24/2019 | $ | 9,615.38 |
| | | | 6/7/2019 | $ | 9,615.38 |
| | | | 6/21/2019 | $ | 9,615.38 |
| | | | 7/5/2019 | $ | 9,615.38 |
| | | | 7/19/2019 | $ | 9,615.38 |
| | | | 8/2/2019 | $ | 9,615.38 |
| | | | 8/16/2019 | $ | 9,615.38 |
| | | | 8/30/2019 | $ | 9,615.38 |
| | | | 9/13/2019 | $ | 9,615.38 |
| | | | 9/27/2019 | $ | 9,615.38 |
| Note: 11 workdays | | | 10/23/2019 | $ | 10,576.92 |
| | | | 11/7/2019 | | $7,300 |
| | | | | $ | 248,646.15 |

**Leroy Laizhong Luo**

17070 Bohlman Road
Saratoga, CA 95070

Expense Reports:                    Payroll:

| | | | | |
|---|---|---|---|---|
| 11/29/2018 | $ | 6,159.10 | 11/9/2018 | $ | 9,230.77 |
| 12/27/2018 | $ | 2,141.80 | 11/21/2018 | $ | 9,230.77 |
| 4/8/2019 | $ | 2,467.42 | 12/7/2018 | $ | 9,230.77 |
| 5/3/2019 | $ | 4,621.41 | 12/21/2018 | $ | 9,230.77 |
| 6/27/2019 | $ | 2,607.31 | 1/4/2019 | $ | 9,230.77 |
| 7/25/2019 | $ | 3,275.20 | 1/18/2019 | $ | 9,230.77 |
| 10/23/2019 | $ | 6,215.14 | 2/1/2019 | $ | 9,230.77 |
| | $ | 27,487.38 | 2/15/2019 | $ | 9,230.77 |
| | | | 3/1/2019 | $ | 9,230.77 |
| | | | 3/15/2019 | $ | 9,230.77 |
| | | | 3/29/2019 | $ | 9,230.77 |
| | | | 4/12/2019 | $ | 9,230.77 |
| | | | 4/26/2019 | $ | 9,230.77 |
| | | | 5/10/2019 | $ | 9,230.77 |
| | | | 5/24/2019 | $ | 9,230.77 |
| | | | 6/7/2019 | $ | 9,230.77 |
| | | | 6/21/2019 | $ | 9,230.77 |
| | | | 7/5/2019 | $ | 9,230.77 |
| | | | 7/19/2019 | $ | 9,230.77 |
| | | | 8/2/2019 | $ | 9,230.77 |
| | | | 8/16/2019 | $ | 9,230.77 |
| | | | 8/30/2019 | $ | 9,230.77 |
| | | | 9/13/2019 | $ | 9,230.77 |
| | | | 9/27/2019 | $ | 9,230.77 |
| | Note: 11 workdays | 10/23/2019 | $ | 10,153.85 |
| | | | | $ | 231,692.31 |
| | | | | $ | 463,384.62 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**Vitriflex, Inc.**

Case No.

_____ Debtor(s).          /

CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of __11__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November 8, 2019**

                                                 **/s/ Michael W. Malter**
                                                 Signature of Debtor's Attorney or Pro Per Debtor

Airgas USA, LLC
P. O. Box 7423
Pasadena, CA 91109-7423


California Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
P. O. Box 942879
Sacramento, CA 94279-0029


Ching-lin Chang
42280 Vargas Road
Fremont, CA 94539


County Government Center, East Wing
County of Santa ClaraTax Collector's off
70 West Hedding Street
San Jose, CA 95110-1767


Cryospec, Inc.
41446 Christy Street
Fremont, CA 94538


D & D Compressor, Inc.
347 Commercial Street
San Jose, CA 95112


D&S Pearce Family Partnership
c/o David Barry Pearce
3501 Charlotte Rose Drive
Austin, TX 78704


D&S Pearce Family Partnership and
Pearce Family Trust dated 12/30/99
c/o 3501 Charlotte Rose Drive
Austin, TX 78704

David & Naomi Living Revocable Trust
c/o David R. Parker, Trustee
1355 Abott Avenue
Campbell, CA 95008


David B. Pearce
3501 Charlotte Rose Drive
Austin, TX 78704


David Pearce
3501 Charlotte Rose Drive
Austin, TX 78704


David Priesche
5700 TExas Trail
Colleyville, TX 76034


Dennis Ray Hollars and Jeryln Virginia
Hollars Joint Living Trust
1362 Emily Drive
Chino Valley, AZ 86323


DNX, aka Draper Nexus Partners, LLC.
Attn: Quaeed Motiwala
55 East 3rd Avenue
San Mateo, CA 94401


DNX, aka Draper Nexus Techology
Partners and Draper Nexus Partners, LLC
Attn: Quaeed Motiwala
55 East 3rd Avenue
San Mateo, CA 94401


Draper Nexus Technology Partners, LP
Attn: Quaeed Motiwala
55 East 3rd Avenue
San Mateo, CA 94401

EcoTech Law Group, PC
The Hearst Building Five 3rd Street
Suite 700
San Francisco, CA 94103


Employers Assurance Co.
P. O. Box 53092
Phoenix, AZ 85072


Eric Ha
2128 Commodore Drive
San Jose, CA 95133


Ewald Associates, Inc.
48531 Warm Springs Blvd. #415
Fremont, CA 94539-7793


Fedex
P. O. Box 7221
Pasadena, CA 91109-7321


Gael Knight
3150 Almaden Expwy, Ste 103
San Jose, CA 95118


Gang Grant Peng
1960 Castillejo Way
Fremont, CA 94539


Hanjing Ultra Material (Henan)
Co., Ltd.
c/o James Cai, Esq.
1754 Technology Drive, Ste. 122
San Jose, CA 95110

Henkel Chemical Management LLC
as Collateral Agent
HenkelstraBe 67, 40589
Dusseldorf
GERMANY


Henkel Electronic
14000 Jamboree Road
Irvine, CA 92606


Henkel Electronic
14000 Jamboree Road
Irvine, CA 92606


Henkel Electronic Materials LLC
as Collateral Agent
HenkelstraBe 67, 40589
Dusseldorf
GERMANY


Henkel Electronic Materials, LLC
as Collateral Agent
14000 Jamboree Road
Irvine, CA 92606


Honorato Salanga
679 North White Rd
San Jose, CA 95127


Intellivation Engineered Solutions, LLC
1230 Blue Spruce Dr. #3
Fort Collins, CO 80524


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jaideep Khanna
263 Tresser Blvd., 16th Fl.
Stamford, CT 06901


James Swertel
401 Sinclair Ave
Santa Cruz, CA 95062


Jason Bloking
750 N. Shoreline Blvd Apt 14
Mountain View, CA 94043


Jenny Tran
3568 Monroe Street
Santa Clara, CA 95051


Jim Swertel
2350 Zanker Road
San Jose, CA 95131


Joel Espino
545 Stonewood Dr
Los Banos, CA 93635


Johnson COntrols Security Solutions
PO Box 371967
Pittsburgh, PA 15250


Johnson Controls Security Solutions
P. O. Box 371967
Pittsburgh, PA 15250-7967

Kimoto Tech, Inc.
601 Canal Street
Cedartown, GA 30125


Kishiyama Consulting
P. O. Box 1951
Fremont, CA 94538


Kuraray Co., Ltd.
Attn: Yukiatsu Komiya
1-1-3, Otemachi, Chiyoda-ku
Tokyo, 100-8115
JAPAN


Laizhong Luo
17070 Bohlman Rd
Saratoga, CA 95070


Mark George
16036 South 7th Drive
Phoenix, AZ 85045


Martin Rosenblum
755 Nash Ave
Menlo Park, CA 94025


McMaster Carr
P. O. Box 7690
Chicago, IL 60680-7690


Mocon, Inc.
P. O. Box 1450-NW 8244
Minneapolis, MN 55485-8244

Moreno & Associates Incorporated
1260 Birchwood Drive
Sunnyvale, CA 94089

Nagase America Corporation
2880 Lakeside Drive Suite 320
Santa Clara, CA 95054

NRD, LLC
Alt Boulevard
Grand Island, NY 14072

Oasis

Oz Optics
PO Box 66512
AMF O'Hare
Chicago, IL 60660

Pearce Family Trust dated 12/30/1999
c/o David Pearce, Trustee
3501 Charlotte Rose Drive
Austin, TX 78704

Pearce Trust & Pearce Family Partnership
c/o David R. Parker, Trustee
1355 Abott Avenue
Campbell, CA 95008

Persys Engineering, Inc.
815 Swift Street
Santa Cruz, CA 95060

Pfeiffer Vacuum, Inc.
P. O. Box 414278
Boston, MA 02241-4278


PG&E
Box 997300
Sacramento, CA 95899-7300


PG&E - VF Suite 20
P. O. Box 997300
Sacramento, CA 95899-7300


Praxair Distribution Nitrogen Bulk Gas
DEPT LA 21511
Pasadena, CA 91185-1511


Praxair Distribution, Inc.
41446 Christy Street
Fremont, CA 94538


Praxair Distribution, Inc.
DEPT LA 21511
Pasadena, CA 91185-4499


Prince Tabilangan
2430 Lagoon Way
San Jose, CA 95132


Ravix Group
226 Airport Parkway, STe. 400
San Jose, CA 95110

Republic Services
PO Box 78829
Phoenix, AZ 85062


Sabic Ventures
One Plastics Avenue
Pittsfield, MA 01201


San Jose Water
110 W. Taylor Street
San Jose, CA 95110-2131


San Jose Water - Fire
110 W. Taylor St.
San Jose, CA 95110


Santa Clara County Dept Tax & Collection
70 West Hedding St.
East Wing, 6th Floor
San Jose, CA 95110


Staples Advantage
P. O. Box 660409
Dallas, TX 75266-0409


State of Delaware
Division of Revenue
820 N. French Street
Wilmington, DE 19801


TechAir
P. O. Box 69099
Baltimore, MD 21264-9099

Teknek (China) Limited
Flat E, 4th Floor Windfield Industrial
Building 3 Kin Kwan St
Tuen Mun, N.T. Hong Kong, China


Telepacific


The Metal Man
1552 S. Euclid Avenue
Tucson, AZ 85713


TirNet HR Corporation
75 East Santa Clara St.
San Jose, CA 95113


TPX Communications
P. O. Box 509013
San Diego, CA 92150-9013


Transpak, Inc.
520 N. Marburg Way
San Jose, CA 95133


Tredegar Film Products
1100 Boulders Parkway, Ste 200
Richmond, VA 23225


TSI
Flat E, 7/F, Mongkok Blvd., 546
Nathan Road
Kowloon
HONG KONG

Tyco Integrated Security
10405 Crosspoint Blvd.
Indianapolis, IN 46256


UPS Suply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280


Wan Ming Yeung
30272 Willowbrook Rd
Hayward, CA 94544


Wen Y Fan
46905 Lundy Terrace
Fremont, CA 94539


Zanker Development
2350 Zanker Road
San Jose, CA 95131


Zanker Development
625 Ellis Street Ste. 101
Mountain View, CA 94043

# United States Bankruptcy Court
## Northern District of California

In re   __Vitriflex, Inc.__                                        Case No. _____

                                           Debtor(s)                  Chapter        **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Vitriflex, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DNX, aka Draper Nexus Partners, LLC.**
**Attn:  Quaced Motiwala**
**55 East 3rd Avenue**
**San Mateo, CA 94401**

**Hanjing Ultra Merial (Henan) Co., LTd.**
**c/o James Cai, Esq.**
**1754 Technology Drive, Ste. 122**
**San Jose, CA 95110**

**Henkel Electronic Materialsss LLC**
**as Collateral Agent**
**14000 Jamboree Road**
**Irvine, CA 92606**

☐ None [*Check if applicable*]

**November  8, 2019**
_____
Date

/s/ Michael W. Malter
_____
**Michael W. Malter #96533**
Signature of Attorney or Litigant
Counsel for   **Vitriflex, Inc.**
_____
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700 Fax:(408) 295-1531**

# United States Bankruptcy Court
## Northern District of California

In re  **Vitriflex, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Pearce**, declare under penalty of perjury that I am the **Chairman and CEO** of **Vitriflex, Inc.**, and that the follow of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Pearce**, **Chairman and CEO** of this Corporation, is authorized and directed to ex documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Pearce**, **Chairman and CEO** of this Corporation is authorized and directed to appe proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Pearce**, **Chairman and CEO** of this Corporation is authorized and directed to emp attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case."

Date  11/7/19

Signed  /s/ David Pearce

**David Pearce**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Resolution of Board of Directors
of
**Vitriflex, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Pearce, Chairman and CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Pearce, Chairman and CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Pearce, Chairman and CEO** of this Corporation is authorized and directed to employ **Michael W Malter #96533**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case.

Date  11/7/19 _____   Signed  **/s/ David Pearce** _____

Date  _____   Signed  _____